**UNITED STATES of America,** Plaintiff–Appellee,

v.

**Juventino JAIMES–MACIEL,** Defendant–Appellant.

**No. 15–50014.**

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2016.*

Filed April 18, 2016.

Steven Lee, Esquire, Special Assistant U.S., Peter Ko, Assistant U.S., Office of

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Esther Kim Hong, Law Office of E. Hong Inc., Redlands, CA, for Defendant–Appellant.

Before: FARRIS, TALLMAN, and BYBEE, Circuit Judges.

### MEMORANDUM **

Juventino Jaimes–Maciel appeals from the district court's judgment and challenges the three-year term of supervised release imposed following his guilty-plea conviction for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jaimes–Maciel contends that the district court procedurally erred by failing to explain its reasons for imposing the three-year term of supervised release. We review for plain error, *see United States v. Valencia–Barragan*, 608 F.3d 1103, 1108 (9th Cir.2010), and find none. The record reflects that the district court considered the 18 U.S.C. § 3553(a) sentencing factors when selecting the sentence, and the court's reasons for imposing the supervised release term are apparent from the record. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir.2008) (en banc) (adequate explanation may be inferred from the presentence report or the record as a whole).

Jaimes–Maciel also contends that the supervised release term is substantively un-

reasonable. The district court did not abuse its discretion. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The three-year term of supervised release is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Jaimes–Maciel's criminal history and the need to protect the public. *See Gall*, 552 U.S. at 51, 128 S.Ct. 586; *see also* U.S.S.G. § 5D1.1 cmt. n. 5.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).